# EXHIBIT A

EXHIBIT "A"

**D. P. VAN BLARICOM, INC.**
MPA, FBI-NA, CHIEF OF POLICE (RET.)
*POLICE PRACTICES EXPERT*
835 91ST LANE NORTHEAST
BELLEVUE, WASHINGTON 98004-4811
(425) 453-0082   FAX (425) 453-3263   E-Mail dvbinc@aol.com
Web Page expertwitness.com/vanblaricom

**SUMMARY of QUALIFICATIONS**

A. Retained as a police practices expert by both plaintiffs and defendants in over **1,200** lawsuits alleging police liability throughout the United States: AK, AL, AZ, CA, CO, DC, DE, FL, GA, HI, IA, ID, IL, IN, KS, KY, LA, MD, ME, MI, MN, MO, MS, MT, ND, NE, NJ, NM, NV, NY, OH, OK, OR, PA, SC, SD, TX, UT, VA, WA, WI and WY.

B. Testified on numerous occasions in federal courts, state courts and arbitrations.

C. Prevailing parties' police practices expert in published appellate decisions for the United States 1st, 9th and 10th Circuits; State Supreme Courts of AZ, CO, ID, MT, MS, OR and WA; Appeals Courts of CA, FL and WA.

D. Recognized as an expert on the issues of:

1. **POLICE USE of FORCE** (plaintiff's expert in leading 9th Cir. Davis v. Mason County, WA 1991, a consultant to federal prosecution task force in United States v. Koon, et al. 1993, a plaintiff's expert in Rodney King v. City of Los Angeles, CA 1994, defendants' expert in 1st Cir. Roy v. City of Lewiston, ME 1994, defendants' expert in WA App. Lee v. City of Spokane, WA 2000, plaintiff's expert in 9th Cir. Haugen v. City of Puyallup, WA 2003 and plaintiff's expert in 9th Cir. Wilkins v. City of Oakland, CA 2003).
2. **LESS-LETHAL ALTERNATIVES to DEADLY FORCE in BOTH EQUIPMENT and TACTICS** (plaintiff's expert in the 9th Cir. Reed v. Hoy 1989 and ID S.Ct. Kessler v. Payette County and State of ID 1997);
3. **POLICE K-9s as USE of FORCE** (quoted in Deadly Force: What We Know 1992 and plaintiff's expert in FL App. Pacot v. Wheeler 2000);
4. **CONTROL of POLICE VEHICULAR PURSUIT and EMERGENCY DRIVING** (my policy was recommended by the Public Risk and Insurance Management Association of Washington, D.C. as being among the 4 best in the United States 1984, quoted by 2 CA App. Payne v. City of Perris 1993 and Berman v. City of Daly City 1993, OR S.Ct. Lowrimore v. Marion County 1990, MS S.Ct. Mosby v. Jeffries 1998 and CO S.Ct. Tidwell v. City & County of Denver 2003);
5. **POLICE ADMINISTRATION and POLICY**;
6. **POLICE PRACTICES, PROCEDURES and STANDARDS of CARE** (plaintiff's expert in 9th Cir. Gulliford v. Pierce County 1998 and city defendant's expert in 6th Cir. Carter v. City of Detroit 2005);

7.  **SPECIAL DUTIES to PROTECT and 911 RESPONSES** (plaintiffs' expert in WA S.Ct. <u>Bailey v. Town of Forks</u> 1987, <u>Roy v. City of Everett</u> 1992, AZ S.Ct. <u>Hutcherson v. City of Phoenix 1998,</u> MT S.Ct. <u>Nelson v. Driscoll</u> 1999, leading 9th Cir. <u>Wood v. Ostrander</u> 1988 and 9th Cir. <u>Kennedy v. City of Ridgefield</u> 2005);
8.  **DOMESTIC VIOLENCE** (quoted by the National Law Enforcement Policy Center in their model policy 1991 and plaintiff's expert in 9th Cir. <u>Beier v. City of Lewiston</u> 2004);
9.  **POLICE RESPONSE to the MENTALLY ILL** (plaintiff's expert 9th Cir. <u>Gibson v. Washoe County</u> 2002, US MD PA <u>Schorr v. Borough of Lemoyne</u> 2003 and <u>Hererra v. City of Las Vegas 2004</u>);
10. **CIVIL RIGHTS VIOLATIONS** (under 42 U.S.C. § 1983);
11. **RESTRAINT ASPHYXIA** (plaintiff's expert in 10th Cir. <u>Cruz v. City of Laramie</u> 2001 and AZ App. <u>Oscielowski v. City of Benson</u> 2003);
12. **POLICE INTERNAL INVESTIGATION and DISCIPLINE**;
13. **DISCRIMINATORY ENFORCEMENT or EMPLOYMENT PRACTICES**;
14. **AMERICANS with DISABILITIES ACT** (plaintiff's expert in 10th Cir. <u>Davoll v. City of Denver</u> 1996, 9th Cir. <u>Cripe v. City of San Jose</u> 2001 and US MD PA <u>Schorr v. Borough of Lemoyne</u> 2003);
15. **POLICE COLLECTIVE BARGAINING**;
16. **FIREARMS** (USMC trained small arms repair MOS 2111 and police firearms instructor); and
17. **PRIVATE SECURITY PRACTICES** (plaintiff's expert in US WD WA <u>Groom v. Safeway</u>).

E.  Served 29 years in municipal policing with the last 11 as Chief of Police (until retirement and election to the City Council) in Bellevue, Washington - the State's then fourth largest and fastest growing city.

F.  Directed development of a progressive police department and created several model programs, including: control of vehicular pursuits, alternatives to deadly force, fully integrated emergency response team operations, domestic violence reduction, affirmative action employment of minorities and women, comprehensive crime prevention, lateral recruitment of experienced officers, police canine operations, multi-city narcotics unit and others. Additionally, co-authored the Washington State Standards on Internal Discipline of Law Enforcement agencies.

G.  Served on many professional commissions and committees, including: Washington Criminal Justice Education & Training Center Steering Committee, Bellevue Community College Local Advisory Council and Chairman Law Enforcement Program Advisory Board, Washington Attorney General's Committee on Security and Privacy, consultant to U.S. Department of Justice Community Relations Service, consultant to the National Consultation on Safety and Force, intern with 94th Congress, Governor's appointee to Community Task Force for Corrections Development, Washington State Council on Crime & Delinquency's Adult Criminal Policy Committee and Ad Hoc Committee on Board of Prison Terms/Paroles, Youth Eastside Services Board of Trustees, Eastside Community Mental Health Center Advisory Board, King County Executive's appointee to E911 Task Force, U.S. Attorney's Law Enforcement Coordinating Committee, Governor's appointee to Select Committee for Police/Fire Pension Review, IACP's Education & Training Committee, IACP's Organized Crime Committee, Assessor Team Leader for 1 of 5 Pilot Projects of the Commission on Accreditation for Law Enforcement Agencies, Governor's appointee to the Emergency Commission on Prison Overcrowding, IACP book

reviewer, Suburban Cities Association's Jail Advisory Committee, Governor's Advisory Group on Personal Harassment, Portland, Oregon Chief's Committee on Police Use of Force. Assisted the appointing authorities at various times in selecting Chiefs of Police for Cities of Longview, Everett, Bellingham, Richland, Bremerton, Kirkland, Redmond, Clyde Hill, Kent (1991), Bellevue (1996) a Sheriff of King County and the Security Administrator of Seattle City Light (all in the State of Washington), King County Regional Justice Center Citizens Site Advisory Committee, Solutions To Tragedies of Police Pursuits Advisory Board, Superintendent of Public Instruction's Washington State Safe Schools Advisory Committee, King County Civil Rights Commission.

H. Hold a security clearance from the U. S. Government.

I. Maintain an extensive and current library of standards, policies, procedures, references, depositions and information on other experts with subscription services to update professional and legal developments in my areas of expertise.

## EDUCATION and CERTIFICATION

University of Washington - Bachelor of Arts degree with magna cum laude honors 1973
Seattle University - Master of Public Administration degree 1976
**University of Washington – Certificate in Forensics 2000**
**Americans for Effective Law Enforcement – Certified Police Litigation Specialist 2003**
Graduate of the FBI's National Academy and Law Enforcement Executive Development programs

## CONTINUING TRAINING

Police Civil Liability AELE 1987, Deadly Force and the Police Officer NWU 1987, Police Liability for Policies and Practices AELE 1988, PR-24 Side Handle Baton BPD 1988, Police Civil Liability AELE 1989, Sexual Harassment and the Consequences FS 1989, Wrongful Discharge RIMS 1989, Police Practices and Use of Expert Witnesses AELE 1989, Expert Witnesses, Litigation Consultants and Attorneys NFS 1989, Police Discipline and Labor Problems AELE 1990, Assessment Center Selection Process HRA 1991, Rodney King Incident and Policing SWLEI 1992, Role of Expert Witnesses in the 1990's SEAK 1992, Critical Liability Issues AELE 1992, Pursuit Driving and Managing Use of Force ILM 1992, AFIS Live ID HP 1993, Police/Medical Investigation of Death IACP 1993, Medical Records Review for the Legal Professional PES 1994, Developing Policies, Procedures and Rules NLEPC 1994, Civil Rights Trial Advocacy ATLA 1994, Family Violence and Police Policy SLEI 1995, Investigation of Excessive Force Incidents IACP 1995, Police Civil Liability and Defense of Misconduct Complaints AELE 1996, Use of Force and Pursuit Driving Policies SLEI 1996, Critical Incident Dispatching NWU 1996, Police Officer Survival Tactics NWU 1997, Police Civil Liability AELE 1998, Criminal Justice WSBA 1999, Critical Incident Trauma and Legal Survival CP 1999, Traffic Stops and Racial Profiling PI 2001, Racial Profiling NWU 2001, Police Liability LES 2002, Cap-Stun ZARC 2002, Masters in Trial ABOTA 2002, Discipline and Internal Investigations AELE 2003, Critical Incident Response Management and Liability AELE 2003, Police Civil Liability AELE 2003, Police-Involved Shooting Reconstruction NWU 2004, Police Liability AELE 2005, Shooting Reconstruction AAFS 2005, Police Misconduct Litigation SULS 2005, Use of Force TASER 2006, Lethal and Less-Lethal Force AELE 2006, TASER AAFS 2006.

## TEACHING and TRAINING EXPERIENCE

Taught law enforcement courses at the Bellevue Police Academy, Washington Criminal Justice Education and Training Center, Bellevue Community College, Seattle University, Northwestern University's Traffic Institute and International City Management Association's Training Institute. Lectured on police-related issues before the University of Washington School of Law and Graduate School of Public Affairs, Simon Fraser University, American Civil Liberties Union, Washington State Bar, Seattle-King County Bar, Washington State Court Administrators, Washington Association of Legal Secretaries, American G. I. Forum, United States Justice Department Community Relations Service, National Institute of Law Enforcement and Criminal Justice, U. S. Attorney General's Task Force on Family Violence, Montana Department of Social and Rehabilitation Services, Washington Advisory Committee to the U.S. Commission on Civil Rights, American Society of Criminology, debated California Highway Patrol Commissioner on police pursuit before National Association of Police Planners and International Association of Police Planning and Research Officers in 1990, Labor Relations Information System, City of Bellevue's Management Certificate Training Program, lectured for Association of Trial Lawyers of America's Civil Rights Section and the National College of Advocacy on excessive force from the expert's perspective in 1994 and domestic violence litigation liability arising from failure of prevention and response in 1995, lectured on loss protection civil liability to Nordstrom Washington/Alaska Region in 1997, demonstrated expert witness testimony to the American Board of Trial Advocates in 2002. Additionally, served on the Law Enforcement Education Advisory Committee to the Washington State Board for Community College Education in developing their statewide curriculum, achieved the first college accreditation of a Basic Law Enforcement Academy in the State of Washington and currently serve on the Bellevue Community College Administration of Criminal Justice Program Advisory Board.

## PUBLICATIONS

"Recruitment and Retention of Minority Race Persons as Police Officers" in September 1976 issue of The Police Chief magazine, "An Overview of Police Service Today" in the April 18th and May 2nd, 1978 issues of Law Enforcement News, "Kids Meet Cops Through Basketball Trading Card Program" in the July 9th, 1979 issue of Law Enforcement News, "A Police Chief's View of Deadly Force" in the National Institute of Law Enforcement & Criminal Justice January 1979 booklet on Police Use of Deadly Force, "Career Development: The Next Step to Police Professionalism" in the November 1979 issue of The Police Chief magazine, "Crime Prevention Cuts Insurance Cost" in the August 1980 issue of Center City Report, "A Sensible Alternative to Those High-Speed Chases" in the November 25, 1980 issue of The Seattle Times, "Chiefs Should Chase Sane Pursuit Driving Guidelines" in the December 22, 1980 issue of Law Enforcement News, "Commercial Crime Prevention Can Earn Discounts" in the February 1981 issue of the FBI Law Enforcement Bulletin, "Enforcing Malicious Harassment Laws" in the January 1983 edition of Washington Council on Crime and Delinquency News, "Reducing Crime, Traffic Accidents - Bellevue Shows It Can Be Done" in the May 10, 1983 issue of The Seattle Times and the June 27, 1983 issue of Law Enforcement News, "Carrying A Gun - It Depends On You" in the February 3, 1985 issue of the Journal-American, "When To Use Deadly Force" in the Winter 1985 issue of the Washington Law Enforcement Executive Journal, "Domestic Violence - A New Approach to an Old Problem" in the June 1985 issue of The Police Chief magazine, "It's Time for Police To Re-Examine Their Role In Society" in the October 1,

1989 issue of <u>The Seattle Times</u>, "Shaking The Pillars of Police Tradition" in the October 31, 1989 issue of <u>Law Enforcement News</u>, "Training-The First Hundred Years" in <u>Law Enforcement In Washington State: The First Hundred Years 1889-1989</u>, "K-9 Use of Force: A Biting Example of Questionable Policy" in the July/August 1992 issue of <u>Law Enforcement News</u>, "Police Pursuit: Uncontrolled Deadly Force" in the February 28, 1993 issue of <u>Law Enforcement News</u>, Bulletin Alert on a "Hair-raising Comb" in the June 1994 issue of the <u>FBI Law Enforcement Bulletin</u>, "Excessive Force - The Expert's Perspective" in the Association of Trial Lawyers of America July 1994 Annual Convention Reference Materials Volume I, "Domestic Violence Litigation: Liability Arising from Failure of Prevention and Response" in the Association of Trial Lawyers of America July 1995 Annual Convention Reference Materials Volume I, "Shades of Blue: What White Police Officers Can - and Must - Learn from Minority Officers" in the January/February 1996 of the Police Executive Research Forum's <u>Subject to Debate</u>, "Doing Something About Excessive Force" in the January 15, 1998 issue of <u>Law Enforcement News</u> (republished by San Diego State University 2003), "The Consistent Law Enforcement Expert" in the November/December 1998 issue of <u>The Forensic Examiner</u>, "To Pursue or Not to Pursue: THAT is the Question" in the November 1998 issue of <u>Police</u>, "Handling the Mentally Ill" in the March 2000 issue of <u>Police</u>, "Building a Bridge" in the September 30, 2000 (25th Anniversary) issue of <u>Law enforcement News</u>, "The Media: Enemies or Allies?" in the April 2001 issue of <u>The Police Chief</u>, "Control of Police Vehicular Pursuit" in the 2004 (1) issue of <u>Law Enforcement Executive Forum</u>, "Preventing Officer-Involved Deaths of the Mentally Ill" in the Third Quarter 2004 issue of <u>The Law Enforcement Trainer</u>.

## NATIONAL TELEVISION and RADIO APPEARANCES

NBC Nightly News special report on the dangers of police vehicular pursuit.
NBC Today Show:
1. Personal protection against criminal attack;
2. Misuse of pepper spray to punish.

NBC *"You Be The Judge"* on the dangers of police vehicular pursuit.
NPR *"Cops and the Mentally Ill"*.

## QUOTED in MAJOR NEWSPAPERS

<u>USA Today</u>, <u>Wall Street Journal</u>, <u>The New York Times</u>, <u>The Baltimore Sun</u>, <u>Los Angeles Times</u>, <u>San Francisco Chronicle</u>, <u>The Seattle Times</u>, <u>The Oregonian</u>, <u>Toronto Sun</u>, <u>The Virgin Island Daily News</u>, <u>The Tennessean</u>, <u>Christian Science Monitor</u>, <u>Milwaukee Journal Sentinel</u>.

## PROFESSIONAL MEMBERSHIPS

**American Academy of Forensic Sciences (AAFS)**, International Association of Chiefs of Police (IACP) - Life Member, Americans for Effective Law Enforcement (AELE), FBI National Academy Associates, Washington Association of Sheriffs & Police Chiefs (WASPC) - Life Member, International Association of Directors of Law Enforcement Standards and Training (IADLEST), American Society of Law Enforcement Trainers (ASLET), Police Marksman Association (PMA), Law Enforcement Alliance of America (LEAA), International Police Association (IPA), Police Writers Association.

## OTHER ACTIVITIES and ASSOCIATIONS

Present -

Washington State Retired Deputy Sheriffs/Police Officers Association, Bellevue Police Benevolent Association, Pioneer Association of the State of Washington, Holland Society of New York.

Past -

Salvation Army's Metropolitan Seattle Advisory Board, Seattle University Alumni Association Board of Governors, Journal-American Board of Contributors, Historical Society of Seattle and King County Board of Trustees, Secretary of State's Advisory Group on Charitable Solicitations, King County Landmarks Commissioner, Bellevue Downtown Park Review Committee, Co-Chairman of Bellevue Chamber of Commerce Legislative Committee, Search and Screening Committee for Selection of Bellevue Community College President, Washington State Civil Air Patrol Citizens Advisory Council, Statewide City Employees Retirement System elected Trustee, City of Bellevue Disability Board, Municipal Employees Benefit Trust Retirement Committee, City of Bellevue Liaison to the Washington State Legislature, Bellevue Rotary Club, Aircraft Owners and Pilots Association as an FAA licensed commercial airplane and glider pilot with ratings for single engine land and sea, multi-engine land and instrument operations, elected Bellevue City Councilmember (did not run for re-election), Chairman of the Emerald City Flight Festival, Chairman of Wings Over Washington Centennial Celebration, Bellevue Repertory Theater Advisory Board, Woodland Park Zoo Bond Oversight Committee, United Olympic Life Insurance Company Board of Directors, Lakes Club Board of Governors, Columbia Tower Club Founder Member, Wing Luke Asian Museum Advisory Board, National Defense Executive Reserve Emeritus, Vice President and Planning Committee Chairman of the Museum of Flight Board of Trustees Executive Committee, Bellevue Convention Center Authority Vice Chairman and Chairman of the Construction, Human Resources and Art Advisory Committees - Note: structure was selected as the "Best New Building" by the Puget Sound Business Journal, Eastside Journal Editorial Board, Advance Bellevue Advisory Board.

## AWARDS

USMC Expert Rifleman 1953-1956, FBI "Possible Club" 1970 (of the 19,130 police officers who attended the FBI National Academy during the 50 years from when it started to the year of my retirement in 1985, I was 1 of only 165/.0086% who fired a perfect score on the PPC or TRC), Appreciation from the Drug Enforcement Administration 1977, Outstanding Community Service from Bellevue Jaycees 1979, Human Rights (Implementing Law and Order with Justice) from Baha'i Communities of Bellevue and Eastside 1980, Youth Service from the Chief Seattle Council of the Boy Scouts of America 1983, Program Innovation from the King County Domestic Violence Coalition 1983, Support and Service from Bellevue Cadet Squadron Auxiliary USAF 1984, Law Enforcement Appreciation from the Puget Sound Chapter of the American Society for Industrial Security (presented by the Governor of the State of Washington) 1984, Outstanding Volunteer Service from the Salvation Army 1984, Outstanding Service as a Public Official Citizenship Award from the Bellevue Kiwanis Club 1985, Appreciation from the United States Secret Service 1986, **Award for Public Service from The U.S. Department of Justice 1986**, Recognition for 30 Years of Public Service from the City of Bellevue 1986, Recognition and Commendation Resolution by the

Municipality of Metropolitan Seattle 1988, Appreciation for Service from the Woodland Park Zoo Bond Oversight Committee 1990, Appreciation for Service from the King County Executive 1992, Appreciation for Personal Contribution to Developing Bellevue Convention Center from the City of Bellevue 1993, Outstanding Support of the Arts (jointly with wife) from the City of Bellevue Arts Commission 1993, Commendation for Outstanding Service from the City of Bellevue 1997.

# EXHIBIT B

**EXHIBIT "B"**

**D.P. VAN BLARICOM, Inc.**
*POLICE PRACTICES EXPERT*
835 - 91ST LANE N.E.
BELLEVUE, WASHINGTON 98004-4811
(425) 453-0082   FAX 453-3263   E-Mail dvbinc@aol.com

TAX ID 91-1437291

# SCHEDULE OF FEES FOR SERVICES

Retainer ................................................................$ 2,000.00
Hourly...................................................................$    295.00
Daily .....................................................................$ 2,950.00
**Deposition: <u>MINIMUM</u>** ......................................**$ 1,500.00**
**Over 4 hours @ hourly rate thereafter**
**up to 10 hours <u>INCLUDING TRAVEL</u>**
Expenses..............................................................        Actual

# EXHIBIT C

EXHIBIT "C"

**D. P. VAN BLARICOM, Inc.**
MPA, FBI-NA, CHIEF OF POLICE (RET.)
*POLICE PRACTICES EXPERT*
835 91st LANE NORTHEAST
BELLEVUE, WASHINGTON 98004-4811
(425) 453-0082   FAX (425) 453-3263   E-Mail dvbinc@aol.com
Web Page expertwitness.com/vanblaricom

# COMPLIANCE WITH FEDERAL RULE OF PROCEDURE 26 (a) (2) (B) TESTIMONY AT TRIAL OR DEPOSITION FOR PRECEDING 4 YEARS

**99**-797 *Montano v. City of Chicago*, US Northern District Eastern Division IL 97 C 8035, gave deposition 7/31/01;

99-811 *Perrin v. City of Las Vegas*, US District NV, CV-S-99-0591-RLH(RJJ) gave deposition 9/23/02 & testified at trial 12/11/02;

99-843 *Treloar v. Custer County*, 7th Judicial Circuit SD 99-016, gave deposition 12/9/02 & testified at trial 6/24/03;

**00**-860 *Mendez v. Los Angeles County*, US Central District CA CV98-4047 CM (CWx), gave deposition 8/22/03 & testified at trial 10/15/03;

00-877 *Richards v. Pierce County*, US District Western WA at Tacoma C00-5586FDB, testified at trial 1/9/02;

00-890 *Thomas v. City of Detroit*, US Eastern District MI Southern Division 00-72899, gave deposition 9/12/02;

00-897 *Jones v. City of Las Vegas*, US District NV CV-S-99-00510-JBR (RLH), testified at trial 3/14/03;

00-903 *Fleurichamp v. City of Sedro Woolley*, Skagit County, WA 01-2-00138-1, testified at trial 10/23/02;

**01**-913 *Williams v. Jerome County*, US District ID CIV 02-0375-S-EJL, gave deposition 12/4/03;

01-918 *Brown v. City of Champaign*, Champaign County, IL 2001 L 58, gave deposition 4/21/03;

01-931 *Eady v. City of Los Angeles*, Los Angeles County, CA TC014169, testified at trial 4/29 & 30/02.

01-939 *Preston & Hilton v. State of SD*, US District SD 00-5121, gave deposition 9/20/02;

01-941 *Bauman v. Morgan*, US Northern District CA C-01-1280-WHA, gave deposition 3/4/02;

01-942 *Pinkerton v. Washoe County*, US District NV CV-N-99-608-ECR(PHA), gave deposition 4/8/02 & testify at trial 5/13/03;

01-944 *Flanary v. City of Kelso*, US District Western WA C03-5092RBL, gave deposition 12/28/04 & testified at trial 4/27/05;

01-947 *Sonntag v. City of Spokane*, US District Eastern WA CS-01-0033-WFN, testified at trial 3/13/02;

01-953 *Beier v. City of Lewiston*, US District ID CV99-244-N-EJL, testified at trial 9/14/04;

01-955 *Hererra v. Las Vegas Metro PD*, US District NV CV-S-01-0826-HDM-PAL, gave deposition 5/1/03;

01-959 *Carter v. City of Detroit*, US Eastern District MI Southern Division 01-71847, gave deposition 9/12/02;

01-960 *Harbin v. City of Detroit*, US Eastern District MI Southern Division 01-73259, gave deposition 9/12/02;

01-961 *Washington v. City of Detroit*, US Eastern District MI Southern Division   01-71848, gave deposition 9/12/02;

01-966 *Wilkins v. City of Oakland*, US Northern District CA C 01-1402 MMC, gave deposition 2/28/06;

**02**-967 *Fletcher v. District of Columbia*, Superior Court CA 98-6092, gave deposition 9/5/02;

02-968 *Solis v. Carson City County*, US District NV CV-N-01-0054-DWH-VPC, testified at trial 10/29/02;

02-970 *Johnson v. City of Enumclaw*, US District Western WA C01-1769L, testified at trial 10/24/02;

02-971 *Holloway v. Leeper*, Sheridan County, NE Cl 01-26, gave deposition 7/11/02;

02-975 *Lowery v. City of Portland*, US District OR CV 01 1014 ST, testified at trial 9/24 & 25/03;

02-976 *Kinkele v. City of Anacortes*, US Western District WA C03-2559L, gave deposition 4/26/04;

02-980 *Lindenmeyer v. City of Mountlake Terrace*, US District Western WA C01-1220L, gave deposition 6/17/02;

02-982 *Thomas v. City of Tacoma*, US District Western WA C01-5138-RJB, gave deposition 6/25/02 & testify at trial 5/19/03;

02-983 *Tavares v. State of HI*, Second Circuit 99-0778 (2), gave deposition 7/11/02 & video trial testimony 12/13/02;

02-985 *Isaacson v. Pierce County*, Pierce County, WA 03 2 061986, gave deposition 2/4/04;

02-986 *Hunt v. Whitman County*, US District Eastern WA CS-03-0119-FVS, gave depositions 4/14/05 & 9/13/05;

02-989 *Jordan v. City of Long Beach*, Los Angeles County, CA NC 028417, testified at trial 8/7-14-16/02;

02-990 *Brown v. City of Chicago*, US Northern District IL Eastern Division 98 C 7949, gave deposition 5/13/05;

02-991 *Kennedy v. Clark County & City of Ridgefield*, US District Western WA C01-5631 JKA, gave deposition 2/7/03;

02-993 *Bailey/Carsey* (consolidated) *v. Town of Wilkeson*, Pierce County, WA 99-2-08030-6, gave deposition 9/2/03 & testified at trial 11/6/03;

02-999 *Roberts v. City of Las Vegas*, US District NV CV-S-02-0132-RLH-RJJ, gave deposition 2/10/03;

02-1001 *Parris v. State of WA*, Spokane County, WA 02-2-07367-5, gave deposition 5/27/04 & testified at trial 10/4/04;

02-1003 *Escobedo v. City of Chandler*, US District AZ CV 01-00818-PHX-JAT, gave deposition 12/30/02;

02-1005 *Markley v. City of Mesa*, Maricopa County, AZ CIV 01-0391 PHX JAT, testified at trial 11/2/02;

02-1007 *Corbett v. Simplot, Franklin County*, WA 01-2-50633-4, gave deposition 11/7/02;

02-1008 *Garden v. Island County*, US District Western WA, CV 01 2149 Z. gave deposition 11/21/02;

02-1010 *Quinones v. City of Seattle*, US Western District WA C02-0007R, gave deposition 12/10/02;

02-1014 *Reedy v. City of Hampton*, US Eastern District VA, 4:02cv00056, gave deposition 12/4/02;

02-1016 *Curry v. Lyon County*, US District NV CV-N-02-0130-HDM-VPC, gave deposition 1/14/03;

02-1018 *Osborn v. Mason County*, Grays Harbor County, WA 01-2-1261-1, gave deposition 1/21/03;

02-1022 *Clark v. City of Aberdeen*, US District Western WA C 02-5288 RBL, gave deposition 4/25/03 & testified at trial 6/2/03;

02-1023 *Holland & Gomez v. Grubbs*, King County, WA 01-2-29925-5 SEA, gave deposition 1/10/03;

02-1026 *Blanford v. Sacramento County*, US Eastern District CA CIV-S-01-2068 GEB GGH, gave deposition 6/30/03;

02-1027 *Keller v. State of Nebraska*, Lincoln County C101-466, gave deposition 2/19/03 & gave video trial testimony 3/28/03;

02-1030 *Yellowhair v. City of Tempe*, US District AZ CIV 00-0374-PHX-SMM, gave deposition 4/16/03;

02-1031 *Perez v. City of Long Beach*, Los Angeles County CA, gave deposition 12/2/03 & testified at trial 12/9/03;

**03**-1034 *Howard v. City of Shreveport*, US Western District LA CV-01-2303, testified at trial 5/20/04;

03-1037 *Murphy v. City of Fort Bragg*, Mendocino County, CA SCUK CVPO 02-87119, gave deposition 4/17/03 & testify at trial 5/14/03;

03-1038 *Hudgins v. City of Albany*, US District OR 02-6040-TC, testified at trial 5/9/05;

03-1039 *Kapanak v. City of Phoenix*, Maricopa County, AZ CV 2001-012136, gave deposition 8/29/03 & testified at trial 12/15-16/05;

03-1041 *Parker v. City of North Las Vegas*, US District NV CV-S-00-1118-RLH-RJJ, gave deposition 4/24/03 & testified at trial 1/26/04;

03-1044 *Morgan v. King County, King County*, WA 02-2-03793-3KNT, gave deposition 5/7/03 & testified at trial July 28-29, 2003;

03-1045 *Sutton v. MS Highway Patrol*, US Southern District MS 3:02CV478LN, testified at trial 2/10/04;

03-1051 *Ramirez v. City of Phoenix*, US District AZ CIV 02 1904 PHX DKD, gave deposition 9/8/03 & testified at trial 5/5/05;

03-1055 – *Kanae v. Hawaii County*, US District HI 02-00399 SOM/LEK, gave deposition & videotape trial testimony 11/13/03;

03-1058 *Ibarra v. City & County of San Francisco*, US Northern District CA C01-03686 CRB, gave deposition 5/6/03;

03-1061 *Bishop v. City of Inglewood*, Los Angeles County, CA YC 042754, gave deposition 6/9/03 & testify at trial 11/12/03;

03-1063 *Gregory v. Maui County*, US District HI CV 04-0051416 SPK KSC, gave deposition 11/29/05 & 1/13/06;

03-1065 *Replinger v. Maricopa County*, Maricopa County, AZ CV2003-011295, testified at trial 8/15/05;

5

03-1068 *Esparza v. Los Angeles County*, Los Angeles County, CA VC 036746, gave deposition 8/22/03 & testified at trial 9/18/03;

03-1069 *Lehman v. City of Gresham*, US District of OR CV 03 327, testified at trial 3/2/05;

03-1071 *Lehman v. City of Reno*, US District NV CV-N-02-0651-ECR-RAM, gave deposition 2/25/04;

03-1079 *Fakhry v. City of Corona*, US Central District Eastern Division CA CV02-4777 JFW (Shx), gave deposition 10/24/03 & testified at trial 10/6/04;

03-1080 *Arnold/Logan v. City of Pullman*, US Eastern District WA CS-04-0214-FVS, gave deposition 1/31/06;

03-1082 *Duran v. Town of Cicero*, US Northern District Eastern Division IL 01 C 6858, gave deposition 10/10/03;

03-1084 *Byrd v. City of Long Beach*, Los Angeles County NC 031823, gave deposition 2/23/04 & testified at trial 3/23/04;

03-1085 *Sandahl v. Klickitat County*, US Eastern District WA CY-03-3083-LRS, gave deposition 9/22/04;

03-1088 *Stuter v. Stevens County*, US Eastern District WA CS-02-0266-JLQ, gave deposition 2/5/04;

03-1090 *Gilbert v. Maui County*, US District HI CV 03-00489 HG BMK, gave deposition 6/25/04;

03-1106 *Singleton v. Charleston County*, Charleston County, SC 2004-CP-10-678, gave deposition 8/21/05;

03-1108 *Jolley v. Town of Lovell*, US District WY 03-CV-1061B, gave deposition 8/24/04;

03-1109 *Green v. City of Cleveland*, US Northern District Eastern Division OH 1:03CV0906, gave deposition 5/6/04;

03-1111 *Reeves v. Churchich*, US Central District UT 2-01-CV 176, gave deposition 3/15/04;

**04**-1116 *McDaniel v. City of Aberdeen*, US Western District WA C03-5306RJB, gave deposition 4/6/04;

O4-1118 *Waterman v. State of WA*, Snohomish County, WA 04-2-09517-2, gave deposition 10/11/05 & testified at trial 11/9/05;

04-1119 *Bledsoe v. Jefferson County*, US Western District WA CV 03-5002 RJB, gave deposition 6/23/04;

6

04-1124 *Boyer v. City of Albuquerque*, US District of NM CV 03-997 JB/WDS, gave deposition 4/1/05;

04-1126 *Gutierrez v. City of Tolleson*, US District AZ CIV 03-1808-PHX-RHC, gave deposition 9/20/04;

04-1127 *Venturelli v. Anaconda-Deer Lodge County*, Anaconda-Deer Lodge County DV-02-69, gave deposition 9/23/04;

04-1128 *Laedeke v. City of Billings*, US District MT CV 02-85-BLG-RWA, testified at trial 12/14/05;

04-1129 *Drypen v. Oakland County*, US Eastern District MI Southern Division 03-74161, gave deposition 1/5/05;

04-1132 *Kembel v. City of Kent*, King County, WA 03-2-24712-O KNT, gave deposition 12/6/04 & testified at trial 6/14/05;

04-1133 *Bucher v. Toole County*, Butte-Silver Bow County, MT DV-03-129, gave deposition 1/19/05;

04-1136 *Porter v. City of Auburn*, US Western District WA C03-2662, gave deposition 7/13/04;

04-1137 *Shellbe v. City of West Linn*, US District OR 03-CV-274-RE, testified at trial 10/12/04;

04-1140 *Oziwo v. Town of Paradise Valley*, US District AZ CV-03-1793 PHX MHM, gave deposition 8/17/04;

04-1143 *Pickens v. City of Austin*, US Western District TX A-04-CA-340-LY, gave deposition 12/1/05 & testified at trial 1/25/06;

04-1146 *Curtis v. Pima County*, Pima County, AZ C2004-4354, gave deposition 3/9/06;

04-1147 *Ali v. City of Louisville*, US Western District KY 3:03CV-427-R, gave deposition 2/11/05;

04-1148 *Berry v. City of Antioch*, US District Northern CA C02-3862CW, gave deposition 9/17/04;

04-1150 *Caudillo v. City of Phoenix*, Maricopa County, AZ CV 2002-004519, gave deposition 1/27/05 & testified at trial 5/24/05;

04-1153 *Ross v. Los Angeles County*, Los Angeles County TC 016365, gave deposition 9/21/04 & testified at trial 10/19/04, 10/21/04 & 3/16/05;

04-1156 *Brooks v. City of Washougal*, Clark County, WA 03-2-03935-1, gave deposition 9/16/05;

04-1157 *Weigel v. State of WY*, US District WY 04-CV-00355-J, gave deposition 6/16/05;

04-1160 *Mueller v. City of Tacoma*, Pierce County, WA 03-2-03603-5, gave deposition April 20, 2005;

04-1161 *Gardner v. City of Durango*, US District CO 03-F-1662 (BNB), gave deposition 12/3/04;

04-1162 *Vasquez v. City of Phoenix*, US District AZ CIV-04-0481-PHX-EHC/05-608-PHX-ROS, gave deposition 8/23/05;

04-1163 *Adams v. City of Mission*, US Southern District TX M-03-092, testified at trial 1/25/05;

04-1165 *Ellis v. Snohomish County*, Snohomish County 03-2-12986-9, gave deposition 8/18/05;

04-1166 *Burke v. City & County of San Francisco*, San Francisco County, CA C-02-4311, gave deposition 9/17/04 & testified at trial 4/11/05;

04-1168 *Tangaro v. County of Hawaii*, US District HI 03-00211 DAE/LEK, gave deposition 5/2/05;

04-1171 *Miller v. City of Sparks*, US District NV CV-N-03-0678-ECR-VPC, testified at trial 2/8/06;

04-1174 *English v. City of Casper*, US District WY 04-CV-176D, gave deposition 4/12/05 & testified at trial 11/2/05;

04-1175 *Thurman v. Kent County*, US Western District MI, 1:05-CV-0177, gave deposition 3/6/06;

04-1178 *Randle v. Klickitat County*, Klickitat County, WA 02-2-00065-2, gave deposition 2/9/05

**05**-1188 *Scissons v. USA*, US District ID 03-0531-S-EJL, gave deposition 9/19/05;

05-1189 *Byther v. City of Mobile*, US Southern District AL 04-0404-CG-B, gave deposition 4/25/05;

05-1190 *OCC v. Nelson*, City & County of San Francisco, CA Office of Citizen Complaints, testified at hearing 3/8/05;

05-1191 *Loomis v. City of Puyallup*, US Western District WA C02-5417 RJB, gave deposition 3/14/05;

05-1193 *Volk v. Pierce County*, US District Western WA C04-55315 RBL, gave deposition 6/2/05;

05-1197 *Kaina v. County of Maui*, US District HI, CV 04-00608 DAE/LEK, gave deposition 1/12/06;

05-1199 *Ballard v. State of Oregon*, Linn County 001570, testified at trial 3/17/05;

8

05-1201 *Police Pursuits*, CA State Senate, testified at hearing 3/9/05;

05-1202 *Harrington v. City of Napa*, US Northern District CA C04 0958 JSW, gave deposition 4/21/05 & testified at trial 8/16/05;

05-1203 *Mehlberg v. City of Henderson*, US District NV CV-S-04-0837-HDM-RJJ, gave deposition 5/20/05;

05-1204 *Garcia v. City of Las Vegas*, US District NV CV-S-03-1247 RLH-PAL, gave deposition 6/3/05;

05-1206 *Pipkin v. Burlington Northern & Santa Fe Railway*, US District Western WA C04-5591 RJB, gave deposition 8/9/05;

05-1207 *Rohm v. State of MI*, US District Western MI 1:04-CV-552, gave deposition 10/13/05;

05-1213 *Buchanan v. Walla Walla County*, US District Eastern WA CV 04-5136-AAM, gave deposition 9/27/05;

05-1214 *Nawrocki v. City of Dearborn Heights*, US Eastern District MI 04-CV-74869-DT, gave deposition 8/29/05;

05-1217 *Aderele v. City of Culver City*, Los Angeles County, CA BC320803, gave deposition December 9, 2005;

05-1221 *Simpson v. City of Orting*, US District Western WA C04-5302FDB, gave deposition 8/8/05;

05-1222 *Gonzalez v. Pierce County*, US District Western WA C04-5303 RJB, gave deposition 5/20/05;

05-1223 *Bundy v. City of Tacoma*, US District Western WA C04-5535 FDB, gave deposition 7/18/05;

05-1226 *Yellow Boy v. City of Rapid City*, 7th Circuit of SD 01-832, gave deposition 8/5/05 & testified at trial 9/20/05;

05-1229 *Patric v. City of Austin*, US Western District TX A-05-CA-022LY, gave deposition 11/30/05 & testified at trial 2/15/06;

05-1230 *Knight v. City of Phoenix*, Maricopa County, AZ CV 2004-007325, gave deposition 8/24/05;

05-1236 *Gagner v. Lamb Estate*, Thurston County, WA 04-2-01994-7, gave deposition 9/8/05;

05-1246 *Reed v. City of Long Beach*, Los Angeles County, CA NC 036292, gave deposition 9/29/05 & testified at trial 10/5/05;

05-1252 *Castaneda v. Douglas County*, US District NV CV-N-05-0283-HDM-RAM, gave deposition 3/10/06;

9

05-1253 *Stiffarm v. City of Pullman*, US Eastern District WA CV 044-0414-EFS, gave deposition 12/22/05;

05-1258 *Hayden v. City of Lake Oswego*, US District OR 05-00460-PA, testified at trial 12/7/05;

05-1263 *Butler v. Thurston County*, Mason County, WA 04-2-01099-7, gave deposition 2/11/06;

05-1264 *Butler v. Vermilion County*, US Central District IL 04-CV-2048, gave deposition 3/16/06;

Of-1266 *Larrigan v. City of Glendale*, Los Angeles County, CA EC038890, gave deposition 1/10/06;

06-1271 *Beaupre v. Pierce County*, King County, WA 04-2-23610-0 SEA, gave deposition 3/8/06.

## TOTAL TESTIMONY
## 4 Years Preceding March 29, 2006