UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 05 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| NICOMEDES TUBAR, III,<br><br>             Plaintiff - Appellee<br><br>   v.<br><br>JASON CLIFT; CITY OF KENT,<br>Washington, a municipal corporation,<br><br>             Defendants - Appellants | No.   06-35836<br>D.C. No.  CV-05-01154-JCC<br><br><br>**MANDATE** |

The judgment of this Court, entered 4/11/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Synitha Fuller
Deputy Clerk