UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOMEDES TUBAR, III,

    Plaintiff,

v.

JASON CLIFT; and THE CITY OF KENT, WASHINGTON, a municipal corporation,

    Defendants.

CASE NO. C05-1154-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This Minute Order memorializes the oral rulings made by the Court at the beginning of trial on May 14, 2009, on the parties' motions in limine.

The Court rules on Defendants' motions in limine (Dkt. No. 239) as follows:

(1)    Motions numbered 9, 12, 13, 15, 16, and 17 are DENIED without prejudice for lack of factual context;

(2)    Motions numbered 2, 3, 4, 5, 7, 8, 11, 14, and 18 are DENIED; and

(3)    Motions numbered 1, 6, 10, 19, 20, 21, and 22 are GRANTED.

MINUTE ORDER – 1

The Court rules on Plaintiff's motions in limine as follows:

(1) Motion to exclude evidence of non-party Heather Morehouse's *Alford* plea (Dkt. No. 250) is GRANTED; and

(2) Motion to exclude evidence or reference to indemnification, collateral source, and other issues (Dkt. No. 249) is GRANTED.

DATED this 14th day of May, 2009.

BRUCE RIFKIN, Clerk of Court

By *  /s/ V. Perez  *
      Deputy Clerk

MINUTE ORDER – 2