UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NICOMEDES TUBAR III,<br><br>Plaintiff,<br><br>v.<br><br>JASON CLIFT; and THE CITY OF KENT, WASHINGTON, a municipal corporation,<br><br>Defendants. | Case No.  C05-1154-JCC<br><br>VERDICT<br><br>05-CV-01154-APPL |

WE, THE JURY, answer the questions submitted by the Court as follows:

**Question 1:** Did defendant Officer Clift violate the plaintiff's Fourth Amendment right to be free from an unreasonable seizure?

Answer: _No_ (Yes or No)

*(If you answered "Yes" to Question 1, proceed to the remaining questions; if you answered "No," skip all remaining questions and the presiding juror should sign and date this verdict)*

**Question 2:** Did defendant City of Kent, through Police Chief Crawford, ratify the unreasonable seizure of the plaintiff?

Answer: _____ (Yes or No)

**Question 3:** Did defendant City of Kent have a policy of inadequate supervision and/or discipline over its officers that caused the unreasonable seizure of the plaintiff?

Answer: _____ (Yes or No)

**Question 4:** What amount of compensatory damages do you award the plaintiff?

Answer: $_____

**Question 5:** What amount of punitive damages, if any, do you award the plaintiff?

Answer: $_____

DATE: _June 3_, 2009.   (11:06 am)

_____
FOREPERSON